**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAWRENCE CAMPO, M.D.,**

        **Plaintiff,**

-vs-                              **Case No. 6:02-cv-97-Orl-28KRS**

**CITY OF ORLANDO, LLOYD RANDOLPH, KEVIN BEARY, RON WILCOX,**

        **Defendants.**

## ORDER

This case is before the Court on Defendant Ron Wilcox's Motion to Determine Entitlement to Attorney's Fees (Doc. No. 115). The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed June 9, 2005 (Doc. No. 117) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion of Defendant Ron Wilcox to Determine Entitlement to Attorney's Fees is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this ___26___ day of June, 2005.

                                                                          _____
                                                                          JOHN ANTOON II
                                                                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party